JS-6

Martin Holly (State Bar No. 201421)
*mdh@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ODET SARKISIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION; and DOES 1 to 20,<br><br>　　　　Defendant. | Case No. CV 16-5853-GW(ASx)<br><br>(State Case No. BC619047<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT** |

The Stipulation of Defendant TARGET CORPORATION and Plaintiff ODET SARKISIAN for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Los Angeles County Superior Court, Case No. BC619047.

DATED: April 12, 2017

*George H. Wu* (signature)

_____
GEORGE H. WU, U.S. DISTRICT JUDGE